**Order entered July 13, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00718-CR**
**No. 05-18-00719-CR**
**No. 05-18-00720-CR**
**No. 05-18-00721-CR**

**JAIME JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-72426-W, F17-72427-W, F17-72428-W & F17-72429-W**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandates in these appeals **INSTANTER.**

/s/ ADA BROWN
   JUSTICE